IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CATHALYNE RESTIVO-SPINA, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-8252 |
| ) | |
| v. ) | Judge Steven C. Seeger |
| ) | |
| ALVERNO CLINICAL ) | Magistrate Judge Young B. Kim |
| LABORATORIES, LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

Plaintiff and Defendant, by and through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that this case be dismissed, with prejudice, and with each party to bear its own fees and costs.

*It is agreed and so stipulated:*

| | |
|---|---|
| s/ Julie Herrera<br>*One of Plaintiff's Attorneys*<br><br>Law Office of Julie O. Herrera<br>53 W. Jackson, Suite 1615<br>Chicago, IL 60604<br>Tel: 312-697-0022<br>Fax: 312-697-0812<br>jherrera@julieherreralaw.com<br><br><br>Date: 7/27/20 | s/ Linda K. Horras<br>*One of Defendant's Attorneys*<br><br>Hinshaw & Culbertson LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>Tel: 312-704-3022<br>Fax: 312-704-3001<br>lhorras@hinshawlaw.com<br><br><br>Date: 7/27/20 |